IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. SMITH,

        Plaintiff,                  No. CIV S-05-1430 MCE KJM P

    vs.

L. JOHNSON-DOVEY,

        Defendant.              <u>ORDER</u>

                /

        Plaintiff is a state prisoner proceeding pro se. By order filed December 21, 2005, plaintiff's complaint was dismissed and he was directed to file an amended complaint. He has complied with this order.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendant: L. Johnson-Dovey.

        2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed January 20, 2006.

1

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed in number 1 above; and

    d. Two copies of the endorsed complaint filed January 20, 2006.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 6, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

smit1430.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. SMITH,

        Plaintiff,                                No. CIV S-05-1430 MCE KJM P

   vs.

L. JOHNSON-DOVEY,                     NOTICE OF SUBMISSION

        Defendant.                          OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       __1__      completed summons form

       __1__      completed USM-285 forms

       __2__      copies of the __1/20/06_____

                            Complaint/Amended Complaint

DATED:

                                            _____
                                            Plaintiff