IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. SMITH,

    Plaintiff,                    No. CIV S-05-1430 MCE KJM P

    vs.

L. JOHNSON-DOVEY,

    Defendant.                  ORDER

_____/

        Plaintiff has requested an extension of time to file objections to the July 24, 2006 findings and recommendations or, in the alternative, to provide the copies of the complaint and forms for service as previously ordered. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 1, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to respond to the July 24, 2006 findings and recommendations.

DATED: August 3, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp
smit1430.36