BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
GREGORY GOMEZ, State Bar No. 242674
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3866
  Fax: (916) 324-5205

Attorneys for Defendant Johnson-Dovey

SA2006303194

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARREL L. SMITH,** | CASE NO. 2:05-CV-1430 MCE KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **SCOTT KERNAN, et al.,** | |
| Defendants. | |

    Good cause appearing, Defendant Johnson-Dovey is granted a 31-day extension of time to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's complaint shall be due on or before Monday, November 27, 2006.

Dated: November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

05cv1430.o.1103.wpd

1