IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL L. SMITH,

        Plaintiff,                        No. CIV S-05-1430 MCE KJM P

    vs.

SCOTT KERNAN, et al.,             ORDER AND

        Defendants.                FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On January 18, 2007, plaintiff filed a motion for the appointment of counsel and a request for an order directing his transfer to a different institution.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

/////

1  Plaintiff's request for an order directing his transfer is, in essence, a request for
2  injunctive relief.  However, the only defendant remaining in this action is L. Johnson-Dovey, the
3  appeals coordinator; there is no suggestion that Johnson-Dovey is the person who would comply
4  with any order of this court directing plaintiff's transfer.  This court is unable to issue an order
5  against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. v.
6  Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

7  IT IS HEREBY ORDERED that plaintiff's January 18, 2007 motion for the
8  appointment of counsel is denied.

9  IT IS HEREBY RECOMMENDED that plaintiff's January 18, 2007 request for a
10  transfer be denied.

11  These findings and recommendations are submitted to the United States District
12  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
13  days after being served with these findings and recommendations, plaintiff may file written
14  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
15  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
16  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
17  F.2d 1153 (9th Cir. 1991).
18  DATED:  February 6, 2007.

_____
U.S. MAGISTRATE JUDGE

2
smit1430.31+56