UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. SMITH,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>L. JOHNSON DOVEY,<br><br>Defendant - Appellee. | No. 07-16557<br>D.C. No. CV-05-01430-MCE |

**ORDER**

**FILED**

OCT  2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

This appeal has been taken in good faith  [  ]

This appeal is not taken in good faith  [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:  10.2.2007